

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**     312-435-5670
**Clerk**

Date: February 5, 2026

**Alison K Carter**

Re: XYZ Corporation v. The Partnerships Identified on Schedule A
USDC Case Number: 26cv1301

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to the Registrar of Patents/Trademarks.

The following additional information is required:

| PATENT OR TRADEMARK NUMBER | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Please provide this information within ten (10) days of today's date.

                 Sincerely yours,

                 Thomas G. Bruton, Clerk

                 By: /s/ NF
                       Deputy Clerk

Rev. 11/18/2016